# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00391-CR
## NO. 03-05-00392-CR

**Domingo Estrada, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
### NOS. 29204 & 31343, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Domingo Estrada appeared with counsel at a hearing ordered by this Court and announced that he no longer desires to prosecute these appeals. *See* Tex. R. App. P. 38.8(b), 42.2(a). The appeals are dismissed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellant's Motion

Filed: February 3, 2006

Do Not Publish